UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RYANT TRIMALE PRATT,                     ) Case No. CV 13-7806 R (MRW)
                                                               )
                       Petitioner,                    )
            vs.                                          ) JUDGMENT
                                                               )
R. GROUNDS, Warden,                          )
                                                               )
                       Respondent.                )
_____ )


       Pursuant to this Court's Order,

       IT IS ADJUDGED that this action is dismissed with prejudice.


DATE:  _December 18, 2013_         _____

                                                   HON. MANUEL L. REAL
                                                   UNITED STATES DISTRICT JUDGE